JLS/eal



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REVAK and SUSAN REVAK, h/w | CIVIL ACTION |
| v. | NO. 2:13-cv-03587 |
| MI-DAS LINE S.A., TOKO KAIUN KAISHA, LTD., NS UNITED KAIUN KAISHA, LTD., KOBELCO, KOBELCO LOGISTICS, LTD., KOBE STEEL, LTD. and INTERNATIONAL MARINE CONSULTING CO., LTD. | FILED<br>FEB - 3 2016<br>MICHAEL E. KUNZ, Clerk<br>By ___ICL___ Dep. Clerk |

## STIPULATION

It is stipulated between the undersigned counsel for plaintiff and counsel for defendants that Defendant "Kobelco" is hereby dismissed from this action. Additionally, the Caption and Complaint of Plaintiff shall be amended so that any and all references to "Kobelco" are stricken from the Complaint.

FREEDMAN AND LORRY, P.C.

_Scott A. Portner_

SCOTT A. PORTNER, ESQUIRE
1601 Market Street, 2nd Floor
Philadelphia, PA 19103
Attorney for Plaintiffs

Date: 1/27/16

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

_signature_

TIMOTHY D. RAU, ESQUIRE
2000 Market Street, 23rd Floor
Philadelphia, PA 19103
Attorney for Defendants,
Kobelco Logistics, Ltd. and Kobe Steel, Ltd.

Date: 1/29/16

DATE: 2-2-16

2-3-16 mailed to unreps & e-mailed

APPROVED BY THE COURT:

_signature_
                                        J.